IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                                             Cr. No. 18-10013-STA

CHARLES KEITH FULLER,

    Defendant.

## ORDER GRANTING DEFENDANT'S MOTION TO ADVANCE REPORT DATE/SCHEDULING CONFERENCE AND NOTICE OF RESETTING

      This matter came before the Court on Defendant's Motion to Advance the Report Date. The Court having reviewed the motion, there being no objection to it by the Government, and finding it well taken, hereby GRANTS Defendant's Motion.

      The report date/scheduling conference shall be reset for the 9th day of March, 2018 at 9:00 a.m.

      It is so ORDERED, this the 7th day of March, 2018.


                                                s/ S. Thomas Anderson
                                                S. THOMAS ANDERSON
                                                CHIEF UNITED STATES DISTRICT JUDGE